## ERVIN V. THE STATE.

*Larceny.*

(Decided Nov. 21, 1907.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by DENSON, J.

Affirmed.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.